**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ASHLEY VANNIER,

                        Plaintiff,

                                                            1:24-CV-0324
            v.                                              (DNH/DJS)

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, *et al.*,

                        Defendants.

---

**APPEARANCES:**                          **OF COUNSEL:**

GENDER EQUALITY LAW CENTER, INC.          ALLEGRA L. FISHEL, ESQ.
*Attorney for Plaintiff*                  VICO D. FORTIER, ESQ.
157 13th Street
Brooklyn, New York 11215

NEW YORK STATE ATTORNEY GENERAL           M. RANDOLPH BELKIN,
*Attorney for Defendants*                 ESQ.
The Capitol
Albany, New York 12224

**DANIEL J. STEWART**
**United States Magistrate Judge**

### ORDER

As part of the Court's previous directive, counsel for Defendants was instructed to provide to Chambers certain up-to-date personnel records. *See* Text Minute Entry dated February 3, 2026. Personnel files of DOCCS employees Karin West; Patrick Hendrix; Peter DePalo; Kari Lovely; Marsha Sage; Claudia Collins; Daniel Mulligan; and Christopher Collins, were submitted to the Court on February 24, 2025. The *in camera*

- 1 -

review of personnel files submitted is now complete and defense counsel is directed to produce to the Plaintiff's counsel the following pages:

Collins: Bates # 84, 89-90.

Mulligan: Bates # 5-6, 89-90.

The Court further directs that the counsel for the Defendants immediately retrieve from the Court's Courtroom Deputy, Sandra Light, the personnel files referenced above.

**IT IS SO ORDERED.**

Dated:   March 5, 2026
          Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge

- 2 -